JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 25-1090-DMG (DTBx) | Date | June 30, 2025 |
|---|---|---|---|
| Title | *Edith Pelayo v. Nissan North America, Inc., et al.* | Page | 1 of 1 |

| Present: The Honorable | DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE PLAINTIFF'S MOTION TO REMAND [15]**

Defendant Nissan North America, Inc. removed this action from Riverside County Superior Court to this Court on May 5, 2025. [Doc. # 1 ("NOR").] On June 4, 2025, Plaintiff Edith Pelayo filed a motion to remand the action back to state court. [Doc. # 15 ("MTR").] After reviewing Pelayo's MTR, Nissan filed a "stipulation" agreeing to the remand of this action—in essence, a non-opposition to the motion to remand. [Doc. # 16.] The Court therefore **GRANTS** Pelayo's MTR for non-opposition and hereby **REMANDS** this action to the Riverside County Superior Court. The July 11, 2025 hearing on the motion to remand is **VACATED**.

**IT IS SO ORDERED.**